# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v | (For a Petty Offense) |
| THOMAS E. KINGDON | CASE NUMBER: 4:07cr359 AGF |

William C. Goldstein
Defendant's Attorney

THE DEFENDANT:

☒ THE DEFENDANT pleaded guilty to Count(s) One.

☐ THE DEFENDANT was found guilty on count(s) _____

☐ THE DEFENDANT was found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Operating a motor vehicle on government property while under the influence of alcohol. | 7/1/06 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No. 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 | October 26, 2007 |
| Defendant's Date of Birth: 1/7/67 | Date of Imposition of Judgment |
| Defendant's USM No.: None | *[signature]* |
| Defendant's Residence Address: | Signature of Judicial Officer |
| 701 Moore | |
| Farmington, MO 63640 | Honorable Audrey G. Fleissig |
| | United States Magistrate Judge |
| | Name and Title of Judicial Officer |
| Defendant's Mailing Address: | October 26, 2007 |
| Same as above. | Date |

Record No.: 218

DEFENDANT: THOMAS E. KINGDON

CASE NUMBER: 4:07cr359 AGF

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution (Complete Sheet 4) |
|---|---|---|---|
|  | $10.00 | $2,500.00 |  |
| Totals: | $10.00 | $2,500.00 |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement ........................ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or ☐ in monthly installments of $420.00.

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ , or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____ over a period of _____ to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:
**The defendant shall pay all criminal monetary penalties through the Clerk of Court. The deft. shall make payments in monthly installments of at least $420, or no less than 10% of the deft.'s gross earnings, whichever is greater, with payments to commence no later 30 days from this date.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney